# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| Tracy R. Heizer, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-0384-CV-W-JTM ) |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Attorney's Fees Under The Equal Access to Justice Act,* filed July 14, 2015 [Doc. 22]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Attorney's Fees Under The Equal Access to Justice Act,* filed July 14, 2015 [Doc. 22] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $7,500.00.

                                            */s/ John T. Maughmer*
                                                **John T. Maughmer**
                                        **United States Magistrate Judge**